IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG 10 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ricky Baker #166076 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:05cv761-T
)  (To be supplied by Clerk of
Prison Health Services )  U.S. District Court)
Incorporated / Kilby Medical )
Ward, Dr Robins )
)
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) N/A

      Defendant(s) N/A

   2. Court (if federal court, name the district; if state court, name the county) N/A



3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery Community Work Center P.O. Box 75 Mt. Meigs, AL. 36057_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Prison Health Services/ Kilby Medical Ward_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                          ADDRESS
1.  Dr. Robins          Prison Health Service/Kilby Medical P.O. Box 150 Mt. Meigs AL 36057
2.  S. Lawrence RN, HSA,           "        "
3.  _____
4.  _____
5.  _____
6.  _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _7-22-05_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _This ordeal Brought about Mental Anguish And Anixety. The situation was so Recklessly handled, therefore giving Rise to liability._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I Ricky Baker had Surgery at Baptist East Hospital on 7-14-05 In Montgomery AL. Dr White Perform the Surgery And After Surgery I was Brought Back to Kilby Prison Medical Ward And then placed under the Care of Dr. Robins of Prison Health Services And on 7-22-05 Dr. Robins discharge me And placed me Back At Montgomery Work Center with 10 staples From

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

Lower Stomach to groin Area From A Hernia Surgery. Dr Robins placed me Into A Hostile environment of 290 male Inmates with no way of defending myself Because of Pain and Soreness. Nor was I given any pain medication or Antibiotic, For Infection I Recieved.

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____
_____
_____
_____
_____
_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm suing Dr. Robins of Prison Health Services of Medical Malpractice I was denied proper care the situation was Recklessly handled I pray this Court Rule In my Favor so this wouldn't happen again to any one.

*Ricky Baker-AIS 166076*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8-8-05 .
(Date)

*Ricky Baker - AIS-166076*
Signature of plaintiff(s)

4