2:05cv761-T

RECEIVED

2005 AUG 10 A 9:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, **Ricky Baker**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. **10/2004 Last year I only Worked one Month Recieved $600.00**

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest, or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities, or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES ( )   NO (✓)

   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. N/A

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _N/A_

   _Ricky Baker — 166076_
   Plaintiff

STATE OF ALABAMA
COUNTY OF _Montgomery_

Subscribed and sworn to before me on this _5th_ day of _August, 2005_, 199_, at _Montgomery_, Alabama.

_[signature]_
NOTARY PUBLIC in and for said County,
in said State

(SEAL)
My commission expires _MAY - 5 2006_.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/4/05___.
           (date)

_Ricky Baker_
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____  on the 1st day of _____
2. $_____  on the 1st day of _____
3. $_____  on the 1st day of _____
4. $_____  on the 1st day of _____
5. $_____  on the 1st day of _____
6. $_____  on the 1st day of _____

_____
_____
_____
_____

_____
Authorized Officer of Institution

DATE_____

Name **Ricky Baker**  Quarters **142**  Date **8-8-05**

AIS # **166076**

( ) Telephone Call  ( ) Custody Change  (✓) Personal Problem
( ) Special Visit   ( ) Time Sheet      ( ) Other _____

---

Briefly Outline your request – Then drop in Mail Box

Mrs. Powell

I Have never recive A PMOD Reciept I Why I Have been Here I never HAd Any money on my PMOD Account. So I Can't send you Any

Thank-you
Ricky Baker
166076

---

**Do Not Write Below this Line** – For Reply Only

08-08-2005

You need to mail the form from the Court and the print-out of your PMOD account to the Court that needs this information.

Mrs. Powell

---

Approved    Denied    Pay Phone    Collect Call

---

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden   ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer   ( ) Notary Public
(✓) Record Office

N176

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2005 AUG 10 A 9: 43