```
                                   USER: LINDA POWELL                            INMACI
AUG. 17, 2005
         INMATE ACCOUNT INFORMATION FROM FEB. 01, 2005 THRU AUG. 17, 2005

    AIS#:   166076      NAME: BAKER, RICKEY           CURRENT BAL:      $0.00

DATE OF    PREVIOUS   TRANS.   NAME OF            TYPE OF    TRANS.     AMOUNT
TRANS.     BALANCE    NUMBER   SENDER/PAYEE       TRANS.     AMOUNT     DEDUCTED
---------------------------------------------------------------------------------
07/14/2005   $0.00    005197   KILBY CORRECTIONAL MISC. WDRL  $0.00      N/A
                      END OF DATA ON BAKER, RICKEY
```



PRESS ENTER TO CONTINUE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY BAKER, #166 076                         *

    Plaintiff,                              *

v.                                            * CIVIL ACTION NO. 2:05-CV-761-T

PRISON HEALTH SERVICES, INC., *et al.*,       *

    Defendants.                             *

## ORDER

Plaintiff, an inmate incarcerated at the Montgomery Work Release Center in Mt. Meigs, Alabama, filed this 42 U.S.C. § 1983 action on August 10, 2005. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted any information regarding his inmate account.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1

1. On or before September 1, 2005 Plaintiff shall submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk at the Montgomery Work Release Center.

Done this 16th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Even if Plaintiff has had little to no funds posted to an inmate account, the institution in which he is incarcerated will have documentation reflecting activity, or the lack thereof, to his PMOD account.