Baker

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   L. Lawrence, RN, HSA
   Kilby Correctional Facility
   P. O. Box 150
   Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Charlotte Foster
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-24-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv761 (Cmp + order 40 dys)

2. Article Number (Transfer from service label): 7004 2510 0001 0150 7348

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Baker

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Robins
   Kilby Correctional Facility
   P. O. Box 150
   Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Charlotte Foster
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-24-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv761 (Cmp + order 40 dys)

2. Article Number (Transfer from service label): 7004 2510 0001 0150 7355

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540