Baker

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Prison Health Services, Inc.
   105 West Park Drive, Suite 200
   Brentwood, TN 37027

2:05CV761 (Cmp + Order)  40 dys

2. Article Number
   (Transfer from service label)     7004 2510 0001 0150 7331

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Patsy Jones     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Patsy Jones                     8-29-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes