F/4

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

MWC

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Ricky Baker**          Date of Request: **5-22-05**

ID # **166076**          Date of Birth: ~~____~~     Location: **67**

Nature of problem or request:

I AM HAVING Problems with My HERIA ~~and~~ HAVING My grAIN HeAdAke I Need to See the Doctor oleAse

*Ricky Baker*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: **5/23/05**
Time: **0350** (AM) PM
Allergies: **NKA**

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "This hernia is really starting to hurt pretty bad."

**(O)bjective (V/S):** T: **96.1**  P: **88**  R: **20**  BP: **146/108** ○L  WT: **248**
AAo x3. Skin w/D. Resp. reg. C ease. Grossly large hernia Noted to the ®Scrotum. NAD @ this time.

**(A)ssessment:** Pot. Alt. Comfort lev. R/t above Complaint

**(P)lan:** No heavy lifting & See M.D

Refer to: ( MD/PA ) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

*N Jones*                    *MD_____*
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: MCWC

Date: 3/23/05  Time: 2130  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 3/7/05  Time: 8 __  AM/PM

RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [✓] Population   [ ] Mental Health
- [✓] Other _____

RELEASE TO:
- [✓] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA

PHYSICAL EXAMINATION

Date of last exam: 2-24-05

Chest X-Ray Date: _____  Result: ____

PPD Reading 2/28/05 0mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 2/24/05 | [✓] | [ ] |
| Urinalysis | 2/24/05 | [✓] | [ ] |
| ____ | ____ | [ ] | [ ] |

|  | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [✓] |
| Dental Prosthesis | [ ] | [✓] |
| Hearing Aide | [ ] | [✓] |
| Other Prosthesis | [ ] | [✓] |

Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Ø

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Motrin 600mg BID

| MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: ____ Time: ____ AM/PM

| MEDICATIONS | [ ] Received | [✓] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |

CHART REVIEWED [✓] YES   [ ] NO

Received by: _____
Signature of Receiving Nurse

Date: 3/23/05  Time: 2130  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

FOLLOW-UP CARE NEEDED
- [ ] Medical   [ ] Dental
- [ ] Mental Health

| Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt Made w/Whom (Rec Nurse) |
|---|---|---|---|

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | [✓] |
| | Mental Illness | | [✓] |
| | Suicide Attempt | | [✓] |
| | Chronic Care | | [✓] |
| STATUS | Special Diet | | [✓] |
| | Appearance | [✓] | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained: YES

Height: 10'6"

Weight: 233 lbs

Blood Pressure: 140/58

Temperature: 3329

Pulse Resp: 80-20

Other: _____

Signature of Nurse Completing Assessment (Sending Nurse)    Date 3/7/05

Signature of Intake Screening Nurse (Receiving Nurse)    Date 3/23/05

INMATE NAME (LAST, FIRST, MIDDLE)
Baker, Rickey

| DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|
| 166076B | | B/m | KCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/31/05

**To:** DOC

**From:** OPC

**Inmate Name:** BulER, Ricky     **ID#:** 16076

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Bottom Bunk Profile x 90d

KOP Benzoyl x 90d

KOP Athletic Support x 180d

_____

**Date:** 3/31/05  **MD Signature:** UO M Webb CRNP/
                                              Graves, M  **Time:** _____

60418



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Baker_          Date of Request: _3-29-05_
ID # _166076_          Date of Birth: ▮▮▮▮    Location: _M.C.C._
Nature of problem or request:

(1) I WANT to HAVE My MOTRIN

MOTRIN - KOP

(2) MY SKIN IS BREAKING OUT ON my

_Ricky Baker_                    FACE.

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _3/31/05_
Time: _0400_ AM PM
Allergies: _NKDA_

RECEIVED
Date: _3-31-05_
Time: _830A_
Receiving Nurse Intials _3_

(S)ubjective: "I NEED MOTRIN KOP" And "SKIN ON MY FACE BREAKING OUT."

(O)bjective    (V/S):  T: _97⁹_    P: _84_    R: _20_    BP: _136/84_  WT: _239_

(A)ssessment:

(P)lan: _See CRNP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )     No ( )
        Was MD/PA on call notified:    Yes ( )     No ( )

_Rtah Bryan_ _Rp_ _MseltCRNP_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT




**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Baker_          Date of Request: _2-28-05_
ID # _166076_          Date of Birth: ▓▓▓▓ Location: _E-Dorm_
Nature of problem or request: _I need A Shaving Profile And_
_Someone stole my A+D ornament For my rash_
_on my Face the Doctor order it For me on the_
_2-25-05 ▓ And I HAVE A BAD Cold._

_Ricky Baker_
                                         Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _98²_   P: _68_   R: _24_   BP: _126/86_  WT:

_2/28/05_
_signed_
_Warn_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _BaKER, Ricky 16 6076_

Date of Birth: ▓▓▓▓▓▓▓   Social Security No: _____

Date: _2-28-05_    Time: _950_  (AM) P.M.

This is to certify that I, _Ricky Baker_ , currently in
(Print Inmate's Name)

custody at the _KILBY_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call because I'm_
(Specify in Detail)
_tired of waiting_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Ricky Baker_          _Lorraine Sunes, w_
(Signature of Inmate)**            (Signature of Medical Person)

_____            _____
(Witness)                 (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3 /01 /05 | TIME 10¹⁰ (AM) PM | ORIGINATING FACILITY _____ ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKA | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97¹ (ORAL) RECTAL | RESP 22 | PULSE 78 | B/P 130, 82 | RECHECK IF SYSTOLIC <100> 50 ____/____ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION ///  CONTUSION #  BURN ˣˣ ˣˣ  FRACTURE ᶻ ᶻ  LACERATION / ____ SUTURES |
|---|---|

S - "both my nostril stopped
up since I last night I have had
stomach cramps also", "I am
harking up yellow mucus +
blowing out yellow!"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - breathing out of mouth,
nose is stopped up," mucus
patient harked up + showed to nurse
had yellow in it. No Temp.
He is c/o of N+V, no
vomiting seen by nurse,
He goes to pill call Bid for motrim

A - altered comfort level
R/t Nasal congestion.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - Clear liquids × 48° | Filled out | D.C |
| Flu OPC in Am | | |

| DIAGNOSIS | | | | |
|---|---|---|---|---|

INSTRUCTIONS TO PATIENT  Report to OPC in A.M

| DISCHARGE DATE 3 /01 /05 | TIME 1030 (AM) PM | RELEASE / TRANSFERRED TO ☑ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE D. Clay LPN | DATE 3-01-05 | PHYSICIAN'S SIGNATURE [signature] | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Baker, Ricky | DOC# 166076 | DOB ▓▓▓ | R/S B/M | FAC tcf |
|---|---|---|---|---|

PHS-MD-70007                        (White - Record Copy, Yellow - Pharmacy Copy)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: BAKER, Ricky 166076

Date of Birth: ████████          Social Security No: _____

Date: 3/2/05                    Time: 1105  A.M. **P.M.**

This is to certify that I, ___BAKER,___ , currently in
(Print Inmate's Name)

custody at the ___KILBY___ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: Sick call because I can
(Specify in Detail)

get better in the dorm

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Ricky Baker_
(Signature of Inmate)**

_Lonnie Jones, LPN_
(Signature of Medical Person)

_____
(Witness)

_Helen CRN_
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Baker, Rickey_   Date of Request: _3/2/05_
ID # _166076 166076_   Date of Birth: ▓▓▓   Location: _E-24_
Nature of problem or request:
_EKG        cold Symptoms._

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _3/2/05_
Time: _805_ AM/PM
Allergies: _NKDA_

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: _3-2-05_             │
│ Time: _805 A_             │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

①
**(S)ubjective:** Stuffy nose, Coughing ↑ green phelm
② swelling in top of head - MVA - 1990

**(O)bjective** (V/S): T: _96⁶_ P: _68_ R: _32_ BP: _110/70_ WT: _227_
48 40 Bm ⊕ Smoker, Hx of Hernia

**(A)ssessment:** Alt. in Comfort R/T abve statement

**(P)lan:** See NP                          3/2/05 signed
                                             Waiver
                                             after screen

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   ⟨Return to Clinic PRN⟩
                            CIRCLE ONE                                    4 after
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Baker, Ricky | DIAGNOSIS (If Chg'd) |
|---|---|
| MWe   166076 | ① Motrin 600 mg p.o. TID x 30d 400 PRN |
| D.O.B. ▓▓▓▓▓ | noted 07/29/05 @ 1145 |
| ALLERGIES: NKDA | |
| Use First    Date 7/29/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Baker, Ricky | D.O.B.: / / |
|---|---|---|

**6/21/05**
**0836**
42 y0 BM c̄ chronic (R) IH which descends into scrotum, now incarcerated.
moderately tender.
√SS. afebrile. No N/V.

1) Incarcerated (R) IH. - Bed rest, local heat, NSAID's.
Surgery referral.

*[signature]*

---

**07/9/05**
Staples removed from (R) groin area. (10 staples) Ø drainage or redness noted to area. Area clean c̄ pt teaching done to keep area clean c̄ dry. Abscess formed of any excessive bleeding drainage or swelling noted notify HCU ————— *[signature]*

---

**7/29/05**
(R) inguinal area (incision) is well-approximated
c̄ healed s̄ s/s infx. He requests
meds for intermittent HA. Ø other c/o
PE otherwise unremarkable

A/P: 1) S/P (R) inguinal hernia repair
- looks good
- cont. present PDL
2) Intermittent HA
- Motrin x 30d PRN
f/u c̄ Surgeon as sched.
F: T/ prn

*[signature]* CRNP

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Baker, Ricky | D.O.B.: |
|-----------|------------------------------|---------|

05/23/05 (S) 42 y o B M ⊕ hx of hernia × 7-8 years c/o scrotum
1130 swelling getting worse. ⊘ relief for truss, suspensory, or athletic supporter. Skin to leg + scrotum irritated due to friction. Also c/o bumps to face not relieved by benzoyl peroxide.

(O) scrotum swollen to size of grapefruit — not contained by suspensory/athletic supporter face c fine rash all over

(A) hernia
rash

(P) continue Motrin
look for better non surgical intervention
Will D/W Dr Robbins                    A. Wooces

6/20/05  Pt. c/o ® inguinal hernia pain.
1115    ® inguinal hernia descended into ® scrotum;
        non-strangulated; I am unable to reduce it;
        ⊘ change in size since eval on 5/23/05
        Pt. is crying during exam
        A/P: 1) ® inguinal hernia descended to ® scrotum
             - Colace / BB / ⊘ strain or lift profiles
             - Athletic Support
             - F/u Dr. Robbins
        F/u Tomorrow

60111 (5/85)                 **Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

---

NAME: Baker, Rickey
166076

D.O.B. ▓▓▓▓▓▓
ALLERGIES: NKDA    5/23/05
1155A
noted graves

Use Last    Date 05, 23, 05

DIAGNOSIS (If Chg'd)
① Motrin 600 mg PO BID PRN KOP x 90Q
② DPC x mo
③ hydrocortisum cre 0.5% BID to face KOP x 90
④ A+D ointmt KOP for scrotal
eda circle

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M Webber

---

NAME: Baker, Ricky
166076

D.O.B. ▓▓▓▓▓▓
ALLERGIES: NKDA    3/31/05
9 50A
noted
MWC                forever
Use Fourth    Date 3, 31, 05

DIAGNOSIS (If Chg'd)
benzoyl peroxide 10% KOP x 90Q
Δ motrin to KOP (600 mg PO BID x 90Q)
athletic supporter (KOP x 180Q)
BB Profile x 90d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M Webber

---

NAME: Baker, Dickey
166076

D.O.B. ▓▓▓▓▓▓
ALLERGIES: NKDA    March
2-28-05
10am
Use Third    Date 02, 28, 05

DIAGNOSIS (If Chg'd)
please give smaller
suspensory - size medium

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M Webber

---

NAME: Baker, Rickey
166076

D.O.B. ▓▓▓▓▓▓
ALLERGIES: NKDA    March
2-24-05
10:05
Use Second    Date 02, 24, 05

DIAGNOSIS (If Chg'd)
suspensory KOP (given) prn
ibuprofen 600 mg PO BID x 90Q
A+D ointment to affected area PRN
KOP x 90Q

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M Webber

---

NAME: Baker, Rickey
166076

D.O.B. ▓▓▓▓▓▓
ALLERGIES: NKDA    March
2-24-05
9 Am
Use First    Date 2, 24, 05

DIAGNOSIS
EKG
CMP, CHO
To m Webb CRNP/ March, rpt

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M Webber

---

60110 (4/03)                    **MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**NAME:** Baker, Rickey

**#166076**

**D.O.B.** [redacted]
**ALLERGIES:** NKDA

Use Third    Date 7/21/05

DIAGNOSIS (If Chg'd)
1) MOM 30 cc po today + qd prn x 5d.
2) Mg citrate ½ bottle po in AM if no BM today

Noted K Frank LPN
7/21/05 @ 0820

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

**NAME:** Baker, Rickey
6/21/05 0835

**#166076**
6/21/05
9A
noted
/srau

**D.O.B.**   /   /
**ALLERGIES:** MWC

Use Second    Date   /   /

DIAGNOSIS (If Chg'd)
1) No work x 7d, then lifting profile as below
2) Surgery referral re incarcerated (R) inguinal hernia
3) Motrin 600 mg po tid prn x 30d.

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

**NAME:** Baker, Rickey
166076

**D.O.B.**   /   /
**ALLERGIES:** NKDA
MWC

6/20/05
1135A
noted
/srau

Use First    Date 6/20/05

DIAGNOSIS ⑤ A&D ointment TOP BID x 30d KOP
① Colace 100 mg p.o. BID x 30d
② BB x 180 d
③ Ⓝ lift > 20 # / Ⓝ straining x 180 d
④ Athletic support medium x 180 d (KOP)

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

John CRNP

60110 (4/03)

96/13/2005 SAT 20:51 FAX                                                      001/001



# EMERGENCY

| ADMISSION DATE 6/17/05 | TIME 9:40 AM | ORIGINATING FACILITY Max ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.9  ORAL RECTAL  RESP. 18  PULSE 72  B/P 120/80  RECHECK IF SYSTOLIC <100> 80

NATURE OF INJURY OR ILLNESS

S – "I'm hurting real bad especially when I cough."

O – Scrotal area hard & swollen. Tender to touch. Scrotal support in use. No distress noted.

| ABRASION /// | CONTUSION # | BURN XX xx | FRACTURE Z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

A- Altered comfort level.

P- Transferred to Kilby for further evaluation. Advised patient of no prolonged standing, straining & lifting. Encouraged patient to sleep with feet elevated. Hernia support strap given. Prescribed pain med also. Released to DOC.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg PO Bid | 9:40pm | Q.W. |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6/17/05 | TIME 9:55 PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Q. DuLone LPN | DATE 6/17/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, MIDDLE)
Baker, Rickey

| DOC# #166076 | DOB | R/S B/M | FAC. KCF |
|---|---|---|---|

| Facility Name: | Kilby Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | | 08/05 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Motrin 600MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily as needed

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 07-16-2005    Prescriber: Robbins, Michael

Stop Date: 08-14-2005    RX #: 250217468

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| Allergies | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 166076 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| **Baker, Rickey** | | Date of Birth: | | | 10 Other |

# MEDICATION ADMINISTRATION RECORD

MWC    A of II

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutw coo mg i PO T I P x 30 days PRN 07/29/05  08/28/05 | P B | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/29/05 | THROUGH | 08/31/05 | | |
|---|---|---|---|---|---|
| Physician | B. Adams CRNP | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Circled By: _Adams_ | | Title: CRN | Date: 7/2 |
| PATIENT | | | | PATIENT CODE | ROOM NO | BED | FACILIT |

# EDICATION ADMINISTRATION RECORD

07/01/2005

)T01

I or II          (MCR-449) MONTGOMERY COMM WRK CTR

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IBUPROFEN (MOTRIN) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY AS
NEEDED *KEEP ON PERSON*
RX:   7450729 WEBB, N.P., MARTY , NP
START - 05/25/2005 ___ STOP - 08/22/2005

↓D Ointment KOP
   x 30d

1/20/05          7/20/05
dace 100mg  PO   0300
BID x 30d
2/20/05          7/20/05   2100

| ARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| sician | WEBB  N.P.  MARTY | | Telephone No. | | Medical Record No |
| Physician | | | All Telephone | | |
| rgies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

gnosis

Complete Entries Checked
By  Rita M Bryant     Title  LPN     Date 0/26/05

PATIENT CODE     ROOM NO     BED   FACILITY CO

166076          1          MCR-

# MEDICATION ADMINISTRATION RECORD

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol #3 I -II tabs p̄
?₀ q 6 hours x14d

7/14/05 ——— 7/27/05

Remove dressing
Sunday 7/17/05 then
may shower
7/15/05    7/17/05      F T I

Remove staples in
2weeks (7/29/05)      F T I
7/15/05    7/29/05

Motrin 600mg po
tid prn x 30d        P R N
7/15/05    8/15/05

MOM 30cc PO today
q̄ QD PRN x 5days ↓   P R N
07/14/05    07/26/05

MMag Citrate I bottle    0900
PO in AM if no
BM today
07/21/05    07/23/05

ORDERS FOR: 07/14/05 THROUGH 07/31/05

Physician: Dr. Robbins

Telephone No
AB Telephone
Rehabilitative
Potential

Medical Record No: 166076

Complete Entries Checked:
By Susie Williams    Title: RN    Date 07/14/0

Baker, Rickey

PATIENT CODE: 166076    ROOM NO    BED FACILITY: KCF

Facility Name: MWC

Month/Year of Charting: August 05

TY 325mgii BID
P.O. BID prn
X14 days

| Hour | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | 7 | | M | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/14/05    Prescriber: B. Whyte
Stop Date: 8/20/05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| Allergies | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: | | | | | 6 Self Administered |
| Patient ID Number: | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | Date of Birth: | | | 10 Other |

Patient Name: Baker, Ricky

| Facility Name: | | Month/Year of Charting: |

Medication order (handwritten):
Motrin 600mg i PO BID x 30day PRN

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 07/29/05    Prescriber: D. Adams, CRNP
Stop Date: 08/29/05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| NKA | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 160076 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | Date of Birth | | 9 No Show |
| | | | | | 10 Other |

# MEDICATION ADMINISTRATION RECORD

MWC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| motrn 600mg po tid PRN x 30d  6/21/05    7/21/05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 6/21/05 | THROUGH | 6/30/05 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Alt. Physician | B Adams CRNP | | Alt. Telephone | | 1660 |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | Complete Entries Checked: By: Draves LPN | Title: | Date: |
| PATIENT | | | PATIENT CODE | ROOM NO | BED | FACILIT |
| BuKER, Ricky | | | | | | |

# MEDICATION ADMINISTRATION RECORD

MWC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A+D ointment KOP
x 30d
6/20/05   7/20/05     KOP

Colace 100mg PO   0300
BID x30d   7/20/05   2100
6/20/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

6/20/05                    6/30/05
B Adams CRNP
N KDA

Modinet Record No.
166076

Complete Entries Checked:
Draves, RN

# IEDICATION ADMINISTRATION RECORD

DT01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTRIN 600mg PO ID x 90d -KOP- -23-05   8-23-05 | K O P | | | #30 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4.C Cream 0.5% 3ID KOP X 30D -23-05   6-23-05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4+D DINTMENT KO X 30d -23-05   6-23-05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS  MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

6-1-05
DR. ROBBINS                    6-30-05

Telephone No
All Telephone

Rehabilitat.-
Potential

Medical Record No

Complete Entries Checked:
By: Rita M Bryant   Title LPN   Date 5-30-05

RED FACILITY

# DICATION ADMINISTRATION RECORD

1

| ATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| lotrin 600mg<br>BID X 90d KOP<br>23/05          8/23/05 | K<br>O<br>P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| C Cream 0.5%<br>10  KOP X 30d<br>23/05          6/23/05 | K<br>O<br>P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| +D ointment KOP<br>X 30d<br>23/05          6/23/05 | K<br>O<br>P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| C APPLY BID<br>+ dams<br>5          2/45/05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| IONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

G FOR **5/23/05**    THROUGH **5/31/05**

| ian  B Adams cRNP | Telephone No. | | Medical Record No. |
|---|---|---|---|
| NKDA | Alt Telephone | | **166076** |
| | Rehabilitative<br>Potential | | |

| mber | Medicare Number | Complete Entries Checked:<br>By: Graves_ | | | |
|---|---|---|---|---|---|
| | | Title: | Date: | | |
| Ker. Dicky | | PATIENT CODE | ROOM NO | BED | FACILITY CODE |

# MEDICATION ADMINISTRATION RECORD

STDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENZOYL $H_2O_2$ 10% KOP X 90d 3-3l-05    6-30-05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOTRIN 600mg PO BID X 90d  -KOP- 3-3l-05    6-80-05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A+D Ointment to Affected Area PRN KOP X 90d  5-24-05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR **5-1-05**    THROUGH **5-31-05**

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies | Rehabilitative Potential |

Medical Record No

Diagnosis

| Medicaid Number | Medicare Number | Completed Entries Checked By: Brenda Bryant    Title: LPN    Date: 4-29 |
|---|---|---|

PATIENT  BAKER Ricky

PATIENT CODE  110072   ROOM NO   BED  FACILIT

# IEDICATION ADMINISTRATION RECORD

MWC

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzoyl H2O2 10% KOP X 90d 3/31/05    6/30/05 | K O P | 08 | | | | | | | | | KOP | | | | | | | | | | | | | | | | | | | |
| Δ Motrin to 600mg PO BID X 90d KOP 5-31-05    6/30/05 | K O P | 9 1 0 5 | | | | | | | | | KOP | | | | | | | | | | | | SU | | | | | | | |
| A+D Ointment to Affected Area PRN KOP   X 90D    5-24-05 | K O P | 08 | | | | | | | | | KOP | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS  MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

3-31-05 4-1-05        3-31-05  4-1-05

M. Webb CRNP                                    16607:

NKΔA

# EDICATION ADMINISTRATION RECORD

ՉTO1

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IBU 600mg PO BID
x 90 days                    0300

24/05          5/24/05  2100
&O Ointment to
eected AREA PRN
OP x 90 days
1/24/05      5/24/05

| TIONS: | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

IG FOR 4-1-05
Dr. Robbins
cian                                          THROUGH  4-30-05

| | Telephone No |
|---|---|
| | Alt. Telephone |
| | Rehabilitative Potential |

NKDA

| mber | Medicare Number | Complete Entries Checked: |
|---|---|---|
| | | By: Rita M Brunt   Title LPN   3/27/05 |

Medical Record No

# MEDICATION ADMINISTRATION RECORD

mar. 2005

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| motrin 600mg PO BID X 90d 2-24-05 → 5-24-05 | 0900 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4a D ointment to affected area pen KOP X 90d 2-24-05 → 5-24-05 | | | | | | | | | given 2/25/05 | | | | | | | | | | | | | | | | | | | | | | |

3-1-05
m webb CRNP

3-31-05

166076

NKDA

Complete Entries marked ↓
By: M. Hardy                    RN                    2-24-0

# MEDICATION ADMINISTRATION RECORD

TD101

Feb - 2005

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| motrin 600mg PO BID x 90d 2-24-05 → 5-24-05 | 0900 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ao D ointment to K ffected area 2Rep KDR x 90d 2-24-05 → 5-24-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE S ORDERS  MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

2-24-05    THROUGH    2-28-05

mwebb CRNP

NKDA

| | Telephone No |
|---|---|
| | Alt Telephone |
| | Rehabilitative Potential |

Medical Record No.
1616076

Complete Entries Checked:
By: _____   Title: LPN   Date 2-24-05

Baker, Rickey

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 07/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15232647 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

IMPRESSION : R.I.H

PLAN (i) DOING WELL

(ii) TYLENOL FOR PAINS

(iii) RETURN TO WORK, thanks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | | |
|---|---|---|---|
| Signature of Consulting Physician: | _[signature]_ | Date 8/16/05 | Time |
| Reviewed and Signed By Medical Director: | | Date | Time |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 06/21/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15159818 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

IMPRESSION: INCARCERATED RIGHT INGUINAL HERNIA.

PLAN: NEEDS REPAIR c̄ MESH ASAP. PLEASE CALL TO SCHEDULE

Thanks

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: _Brian Wright_ | Date 6/28/05 | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS** MHJR

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Kilby # 840 | Patient Name: (Last, First,) Baker, Rickey | Date: (mm/dd/yy) 07.15.05 |
| Site Phone # 334-215-6706 | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
| Site Fax # 334-215-6698 | Inmate # 166076 | PHS Custody Date: (mm/dd/yy) 2.23.05 |
| Will there be a charge? ☐ Yes ☐ No    Sex ☑ Male ☐ Female | SS Number | Potential Release Date: (mm/dd/yy) 9.04.06 |

Responsible party:  ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider:  ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Robbins

Facility Medical Director Signature and Date:

*Mike Robbins MD*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☑ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☑ Routine | ☐ Urgent | |

Estimated Date of Service (mm/dd/yy) 08.10.05

**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: 1  ☐ Other:_____

Specialist referred to:  Dr. Bryan Whyte

Type of Consultation, Treatment, Procedure or Surgery:

Surgical F/U

Diagnosis:  Hernia
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

---

History of illness/injury/sypmtoms with Date of Onset:

Ing. Hernia repair
7/14/05

Results of a complaint directed physical examination:

F/U around 8/12/05
(4 weeks)

Previous treatment and response (including medications):

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

---

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:                    ___/___/___  (mm/dd/yy)

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth # 15232647 |
|---|---|---|---|

05a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 07/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15232647 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

# PRISON HEALTH SERVICES AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 06/21/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15159818 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

IMPRESSION: INCARCERATED RIGHT INGUINAL

HERNIA.

PLAN: NEEDS REPAIR C̄ MESH?OA

ASAP. PLEASE CALL TO SCHEDULE

Thanks

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _Brian White_    Date: 6/28/05    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: _____    Time: _____

06/27/2005 09:02 FAX 3342159    REGIONAL OFFICE ADMIN    Ø001

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
**Form must be Complete and Legible. You must Type or Print**
**Please send this form with the Authorization Letter to the service provider at the time of the Appointment**

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | BAKER, Ricky | 6.21.05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | | |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-6693 | 166076 | 2.23.05 |
| **Will there a charge?** ☑Yes ☐No **Sex** ☑Male ☐Female | **SS Number:** | **Potential Release Date: (mm/dd/yy)** 9.04.06 |

RECEIVED JUN 22 2005

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑Physician  ☐NP, PA  ☐Dental

Adv. Surg. Assoc / Dr Whyte

**Facility Medical Director Signature and Date:**

*Mike Robbins MD*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
  ☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy):** ____/____/____
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Incarcerated ® IH 550
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

42 yo BM c̄ chronic ® IH which descends into scrotum NOW iNcarcerated. HerNia present X 2 yrs.

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☑ Offsite Service Recommended and Authorized

**Date resubmitted:** ____/____/____

**Regional Medical Director Signature, printed name:** William Mosier, MD    6.22.8 (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type | Med Class | CPT code | UR Auth #: |
|---|---|---|---|
| GS | OV | 99201 | 15159818 |

05a - UM Referral review form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

*... t be Complete and Legible. You must Type or ...*
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

**Site Name & Number:**
Kilby # 840

**Site Phone #**
334-215-6706

**Site Fax #**
334-215-6698

**Will there be a charge?** ☑Yes ☐No
**Sex** ☑ Male ☐ Female

**Patient Name: (Last, First)**
Baker, Ricky

**Alias: (Last, First)**

**Inmate #**
166076

**SS Number**

**Date: (mm/dd/yy)**
06 28 05

**Date of Birth: (mm/dd/yy)**
▓▓▓▓▓▓

**PHS Custody Date: (mm/dd/yy)**
2 23 05

**Potential Release Date: (mm/dd/yy)**
9 04 06

**Responsible party:** ☐PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
BmcE / Dr White

**Facility Medical Director Signature and Date:** 27 27 88
Mik Robb MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** 2 14 05
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:_____

**Specialist referred to:** Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**
Hernia repair

**Diagnosis:** (R) Inguinal Hernia
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:** 2003
(R) Incarcerated Inguinal Hernia

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

---

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** _____ __/__/__ (mm/dd/yy)

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 07/01/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15190646 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By<br>Medical Director: | Date | Time |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 06/21/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15159818 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| **Reviewed and Signed By**<br>**Medical Director:** | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form  be Complete and Legible  You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time  the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** BAKER, Ricky | **Date: (mm/dd/yy)** 6.21.05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** | **Date** ~~(mm/dd/yy)~~ |
| **Site Fax #** 334-215-6698 | **Inmate #** 166076 | **PHS Custody Date: (mm/dd/yy)** 2.23.05 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 9.04.06 |

**Responsible party:** ☑PHS   ☐Auto Ins.   ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑Physician  ☐NP, PA  ☐Dental

Adu. Surg. Assoc / Dr Whyte

**Facility Medical Director Signature and Date:** 27.5.88

_(signature)_ MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑Office Visit (OV)   ☐X-ray (XR)   ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)   ☐Dialysis (DA)
☐Routine   ☑Urgent

**Estimated Date of Service (mm/dd/yy)** 6.28.05

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:** ___   ☐Radiation therapy
**Number of Visits/Treatments:** ___   ☐Chemotherapy   ☐Other: ___

**Specialist referred to:** Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Incarcerated (R) IH
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
4240 BM c̄ chronic (R)
IH which descends into
scrotum NOW iNCarcerated.
Hernia present X 2 yrs.

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):   ☐ Offsite Service Recommended and Authorized

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: 15159818 |
|---|---|---|---|

05a - UM Referral review form

Attn: Charlette
215 9126

Do Monday

East

**Advanced Surgical Associates East, P.C.**
**Brian Whyte, MD**
337 St. Lukes Drive
Montgomery, Al. 36117
334-271-2788    Fax 334-271-1756

Patient: _Baker Ricky_        Date: _7/7/05_

Birth date: _12/23/62_    Sex: _M_

Facility: _Kilby_        Procedure Date: _7/14/05_

Diagnosis: _Incercerated Rt Inguinal Hernia_

Allergies: _NKDA_

Surgery/ Procedure: _Repair Right Inguinal Hernia_
_c Mesh_

| ✓ | 1. | **CBC** |
| | 2. | **UA** |
| | 3. | **PT** |
| | 4. | **PTT** |
| | 5. | **Electrolytes (CL-, K+, Na+, CO2-)** |
| ✓ | 6. | **Basic Panel (Lytes + Glu, BUN, Creat)** |
| | 7. | **Hepatic (Bili, Total/Direct, ALP, AST, ALT, ALB)** |
| | 8. | **Lipid Panel ( Trig, Chol, HDL, LDL)** |
| | 9. | **EKG** |
| ✓ | 10. | **Diet: NPO after midnight** |
| | 11. | **Chest X-Ray** |
| | 12. | **Antibiotics:** |

| | 13. | **Prep:** |

| ✓ | 14. | **Send all labs, EKG, and X-rays with patient on day of surgery** _930 AM_ |
| ✓ | 15. | **Have pt. at** _Baptist East_ **on** _7/14/05_ **at** _930 AM_ |
| ✓ | 16. | **Call office to verify that orders were received.** |
| ✓ | 17. | **Call with any allergies not listed above.** |

_7/7/05_                _Brian R Whyte_
Date                **Brian Whyte, MD**

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Baker, Ricky | **Inmate Number:** | 166076BA |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 07/01/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15190646 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | | |
|---|---|---|---|
| | Date | | Time |
| Reviewed and Signed By Medical Director: | | | |
| | Date | | Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

For _____ be Complete and Legible. You must Type or Pr _____
_Please send this form with the Authorization Letter to the service provider at the time _____ the Appointment_

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** Baker, Ricky | **Date: (mm/dd/yy)** 06/28/05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ~~████████~~ |
| **Site Fax #** 334-215-6698 | **Inmate #** 166076 | **PHS Custody Date: (mm/dd/yy)** 2/23/05 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 9/08/06 |

**Responsible party:** ☐PHS  ☐Auto Ins.  ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
BmcE / Dr White

**Facility Medical Director Signature and Date:** 2/7/88
_Mike Robbins_ MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV)   ☐X-ray (XR)   ☐Scheduled Admission (SA)
☑Outpatient Surgery (OS)   ☐Dialysis (DA)

☐Routine   ☑Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐Radiation therapy ☐Chemotherapy
**Number of Visits/Treatments:** _____ ☐Other:_____

**Specialist referred to:** Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**
Hernia repair

**Diagnosis:** (R) Inguinal Hernia
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:** 2003
(R) Incarcerated Inguinal Hernia

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** 15190646 |
|---|---|---|---|

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First.)** Baker, Rickey | **Date: (mm/dd/yy)** 07.15.05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** 334-215-6698 | **Inmate #** 166076 | **PHS Custody Date: (mm/dd/yy)** 2.23.05 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 9.04.06 |

RECEIVED '15

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Robbins

**Facility Medical Director Signature and Date:**

Wm. Robbins MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 08.12.05
*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 1   ☐ Other:

**Specialist referred to:** Dr. Bryan Whyte

**Type of Consultation, Treatment, Procedure or Surgery:**
Surgical F/U

**Diagnosis:** Hernia    550
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

Ing. Hernia repair
7/14/05

**Results of a complaint directed physical examination:**

F/U around 8/12/05
(4 weeks)

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**    ☑ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested Information.    **Date resubmitted:** ___/___/___

**Regional Medical Director Signature,**
**printed name and date submitted:** Will Musler, MD    7.15.05

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|
| FU | OV | 99024 | 1562326047 |

05e - UM Referral review form

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0790
CONNECTION TEL                   2151124
SUBADDRESS
CONNECTION ID
ST  TIME             07/08 07:48
USAGE T              01'09
PGS  SENT               1
RESULT               OK
```

TO:        MO  T3OMERY WORK CENTER

FROM:      CF  RLOTE FOSTER
           PF3 KILBY

DATE:      7-8

SUBJ:      RI  Y BAKER

Inmate Baker need  come to Kilby Lab Monday for pre-op Labs.
Please make sure  he gets here in the morning.

He is scheduled fo    nia repair on Thursday, July 14, 2005. He needs to
be at Kilby by 8:0    M. He will also have to not eat or drink anything
Wednesday, July 1 3   after midnight. Please stress the importance of his
not eating prior to   gery.

TO:        MONTGOMERY WORK CENTER

FROM:      CHARLOTE FOSTER
           PHS/KILBY

DATE:      7-8-05

SUBJ:      RICKY BAKER

Inmate Baker needs to come to Kilby Lab Monday for pre-op Labs.
Please make sure that he gets here in the morning.

He is scheduled for hernia repair on Thursday, July 14, 2005. He needs to
be at Kilby by 8:00 A.M. He will also have to not eat or drink anything
Wednesday, July 13th after midnight. Please stress the importance of his
not eating prior to surgery.

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First.)** Baker, Ricky | **Date: (mm/dd/yy)** 6/21/05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓ |
| **Site Fax #** 334-215-6698 | **Inmate #** 166076 | **PHS Custody Date: (mm/dd/yy)** __/__/__ |
| | **SS Number** | **Potential Release Date: (mm/dd/yy)** __/__/__ |

**Will there be a charge?** ☐ Yes ☐ No   **Sex** ☐ Male ☐ Female

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): _____

### CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:** *Mike Robb MD*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other: _____

**Specialist referred to:** Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Incarcerated (R) IH
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
42 yo BM c̄ chronic (R) IH which descends into scrotum now incarcerated. Hernia present X 2 yrs

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |



**LabCorp**  LabCorp Birmingham
Laboratory Corporation of America  1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 192-205-5067-0 | S | MB | COMPLETE | Page #:   1 |

ADDITIONAL INFORMATION

| OPC | | FASTING: N | |
|---|---|---|---|
| MWC | | DOB: | |

| CLINICAL INFORMATION |
|---|
| CD- 41139318974 |

| | PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| BAKER,RICKEY | | M | 41 / 6 |

PT. ADD :

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 166076 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs                AL   36507-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/11/2005 | 13:36 | 7/11/2005 | 7/12/2005 | 7:20 | 8215 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 82 | mg/dL | 65  -  99 | MB |
| BUN | 14 | mg/dL | 5  -  26 | MB |
| Creatinine, Serum | 1 0 | mg/dL | 0 5 - 1 5 | MB |
| BUN/Creatinine Ratio | 14 | | 8  -  27 | |
| Sodium, Serum | 141 | mmol/L | 135  -  148 | MB |
| Potassium, Serum | 4 3 | mmol/L | 3 5 -  5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96  -  109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20  -  32 | MB |
| Calcium, Serum | 9 7 | mg/dL | 8 5 -  10.6 | MB |
| Protein, Total, Serum | 7 5 | g/dL | 6 0 -  8 5 | MB |
| Albumin, Serum | 4 1 | g/dL | 3 5 -  5 5 | MB |
| Globulin, Total | 3 4 | g/dL | 1 5 -  4 5 | |
| A/G Ratio | 1 2 | | 1 1 -  2 5 | |
| Bilirubin, Total | 0 5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 60 | IU/L | 25  -  150 | MB |
| AST (SGOT) | 20 | IU/L | 0  -  40 | MB |
| ALT (SGPT) | 19 | IU/L | 0  -  55 | MB |
| | **Please note reference interval change** | | | |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell (WBC) Count | 9 9 | x10E3/uL | 4.0 - 10 5 | MB |
| Red Blood Cell (RBC) Count | 5 21 | x10E6/uL | 4.10 - 5 60 | MB |
| Hemoglobin | 16.0 | g/dL | 12 5 - 17 0 | MB |
| Hematocrit | 47 7 | % | 36.0 - 50.0 | MB |
| MCV | 92 | fL | 80  -  98 | MB |
| MCH | 30 6 | pg | 27.0 - 34 0 | MB |
| MCHC | 33.4 | g/dL | 32 0 - 36.0 | MB |
| RDW | 13 1 | % | 11 7 - 15 0 | MB |
| Platelets | 165 | x10E3/uL | 140  -  415 | MB |
| Neutrophils | 58 | % | 40  -  74 | MB |
| Lymphs | 32 | % | 14  -  46 | MB |
| Monocytes | 8 | % | 4  -  13 | MB |
| Eos | 2 | % | 0  -  7 | MB |
| Basos | 0 | % | 0  -  3 | MB |
| Neutrophils (Absolute) | 5 7 | x10E3/uL | 1.8 - 7 8 | MB |
| Lymphs (Absolute) | 3 2 | x10E3/uL | 0 7 - 4.5 | MB |
| Monocytes(Absolute) | 0 8 | x10E3/uL | 0.1 - 1 0 | MB |
| Eos (Absolute) | 0 2 | x10E3/uL | 0.0 - 0 4 | MB |

| Pat Name: BAKER,RICKEY | Pat ID: 166076 | Spec #: 192-205-5067-0 | Seq #: 8215 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 192-205-5067-0 | S | MB | COMPLETE | Page #:  2 |

### ADDITIONAL INFORMATION

OPC
MWC

FASTING: N
DOB: ▮▮▮▮▮

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| BAKER,RICKEY | M | 41 / 6 |

PT ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/11/2005 | 13:36 | 7/11/2005 | 7/12/2005 | 7:20 | 8215 |

### CLINICAL INFORMATION
CD- 41139318974

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 166076 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs        AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0 2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

---

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



E 84

## DEPARTMENT OF CORRECTIONS

### TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 8-24-05 | PE | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

**AREA OF TREATMENT (CIRCLE)**

**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Baker, Rickey | | | 43 | B/m | 16607 |

#166576

Name:

Age: 48

Sex: F

HR: 57 BPM

**Rx: rsi**

**Intervals:**
RR: 1059 ms
P: 120 ms
PR: 216 ms
QRS: 78 ms
QT: 408 ms
QTc: 400 ms

10 mm/mV

**Rx: rsi**

P: 25
QRS: 47
T:

P (II): 0.10 mV
R (V1): 5.70
S (V1): 0.48 mV
R (V5): 2.68 mV
S (V5): 2.18 mV

R4:

SINUS RHYTHM
INCOMPLETE RIGHT BUNDLE BRANCH BLOCK
ST & T ABNORMALITY, CONSIDER RECENT
INFERIOR MYOCARDIAL OR PERICARDIAL DAMAGE

*** UNCONFIRMED REPORT ***

10 mm/mV

25 mm/s    0.05-135 Hz   5.0    W2  MAC 05 02.35128



HR:  57 BPM      Axis:
P     25 °
QRS   47 °
T     94 °

Intervals
RR  1059 ms
P    120 ms
PR   216 ms
QRS   78 ms
QT   408 ms
QTc  422 ms

P  (II)   0.10 mV
Q (V1)   0.48 mV
R (V5)   2.66 mV
R+S max   3.18 mV

SINUS RHYTHM
INCOMPLETE RIGHT BUNDLE BRANCH BLOCK
ST & T ABNORMALITY, CONSIDER RECENT
INFERIOR MYOCARDIAL OR PERICARDIAL DAMAGE

UNCONFIRMED REPORT

WelchAllyn

P/N 94002-0000




**LabCorp** Laboratory Corporation of America    LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000                    Phone: 334-263-5745

| SPECIMEN 055-684-3042-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| NPY-1          FASTING: N          DOB: ▪▪▪▪▪ |

| CLINICAL INFORMATION |
|---|
| CD- 41139314171 |

| PHYSICIAN ID ROBBINS M | PATIENT ID 166076 |
|---|---|

| PATIENT NAME | SEX | AGE(YR /MOS.) |
|---|---|---|
| BAKER,RICKEY | M | 41 / 2 |

| PT ADD : |
|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                    AL    36507-0000
ACCOUNT NUMBER:    01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/24/2005 | 6:00 | 2/24/2005 | 2/24/2005 | 17:12 | 3481 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 8.5 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.99 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.6 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.5 | % | 36.0 - 50.0 | YX |
| MCV | 89 | fL | 80 - 98 | YX |
| MCH | 31.3 | pg | 27.0 - 34.0 | YX |
| MCHC | 35.0 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.5 | % | 11.7 - 15.0 | YX |
| Platelets | 182 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 55 | % | 40 - 74 | YX |
| Lymphs | 33 | % | 14 - 46 | YX |
| Monocytes | 7 | % | 4 - 13 | YX |
| Eos | 3 | % | 0 - 7 | YX |
| Basos | 2 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.7 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.8 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.2 | YX |

| LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery,  AL 36104-0000 |

| Pat Name:  BAKER,RICKEY | Pat ID:  166076 | Spec #:  055-684-3042-0 | Seq #:  3481 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 056-684-3037-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PHY-1
2/24 
FASTING: N
DOB: ~~████████~~

| CLINICAL INFORMATION |
|---|
| CD- 41139314238 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 166076 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| BAKER,RICKEY | M | 41 / 2 |

PT. ADD :

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
**ACCOUNT NUMBER:**  01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/25/2005 | 9:31 | 2/25/2005 | 2/25/2005 | 17:11 | 3532 |

| TEST | | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | YX |
| Glucose, Serum | 65 | mg/dL | 65 | – 99 | YX |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 | – 8.2 | YX |
| BUN | 17 | mg/dL | 5 | – 26 | YX |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 | – 1.5 | YX |
| BUN/Creatinine Ratio | 15 | | 8 | – 27 | |
| Sodium, Serum | 144 | mmol/L | 135 | – 148 | YX |
| Potassium, Serum | 5.3 | mmol/L | 3.5 | – 5.5 | YX |
| Chloride, Serum | 105 | mmol/L | 96 | – 109 | YX |
| Carbon Dioxide, Total | 28 | mmol/L | 20 | – 32 | YX |
| Calcium, Serum | 9.8 | mg/dL | 8.5 | – 10.6 | YX |
| Phosphorus, Serum | 4.1 | mg/dL | 2.5 | – 4.5 | YX |
| Protein, Total, Serum | 7.9 | g/dL | 6.0 | – 8.5 | YX |
| Albumin, Serum | 4.6 | g/dL | 3.5 | – 5.5 | YX |
| Globulin, Total | 3.3 | g/dL | 1.5 | – 4.5 | |
| A/G Ratio | 1.4 | | 1.1 | – 2.5 | |
| Bilirubin, Total | 0.7 | mg/dL | 0.1 | – 1.2 | YX |
| Alkaline Phosphatase, Serum | 69 | IU/L | 25 | – 150 | YX |
| LDH | 179 | IU/L | 100 | – 250 | YX |
| AST (SGOT) | 22 | IU/L | 0 | – 40 | YX |
| ALT (SGPT) | 16 | IU/L | 0 | – 40 | YX |
| GGT | 17 | IU/L | 0 | – 65 | YX |
| Iron, Serum | 133 | ug/dL | 40 | – 155 | YX |
| Lipids | | | | | YX |
| | | | | | YX |
| Cholesterol, Total | 149 | mg/dL | 100 | – 199 | YX |
| Triglycerides | 73 | mg/dL | 0 | – 149 | YX |
| > HDL Cholesterol | 37 L | mg/dL | 40 | – 59 | YX |
| VLDL Cholesterol Cal | 15 | mg/dL | 5 | – 40 | |
| LDL Cholesterol Calc | 97 | mg/dL | 0 | – 99 | |
| T. Chol/HDL Ratio | 4.0 | ratio units | 0.0 | – 5.0 | |
| Estimated CHD Risk | 0.7 | times avg. | 0.0 | – 1.0 | |

T. Chol/HDL Ratio

|  | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

| Pat Name:  BAKER,RICKEY | Pat ID: 166076 | Spec #: 056-684-3037-0 | Seq #: 3532 |
|---|---|---|---|





**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America 543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 056-684-3037-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PHY-1    FASTING: N
  2/24    DOB: ▓▓▓▓▓▓

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **BAKER,RICKEY** | M | 41 / 2 |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/25/2005 | 9:31 | 2/25/2005 | 2/25/2005 | 17:11 | 3532 |

| CLINICAL INFORMATION |
|---|
| CD- 41139314238 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 166076 |
|---|---|

ACCOUNT:  Kilby Correctional Facility
           Prison Health Services
           12201 Wares Ferry Road
           Mt Meigs          AL  36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Baker, Rickey

PRISON ID
166076

DATE SUBMITTED
2-24-05

# *NPY  1*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
        specimen.

02/28/05
mw

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Baker_          Date of Request: _3-8-05_

ID # _166676_          Date of Birth: ▮▮▮▮▮ Location: _M-34_

Nature of problem or request: _I need To see The Dentist For some_
_Teeth/s work BAd Because my mouth Hurt real_
_BAd Thank -you very much_

_Ricky Baker_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/9/05_

Time: _10:00_ (AM) PM

Allergies: _NEm_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _3-9-05_             │
│ Time: _7:00A_             │
│ Receiving Nurse Intials _HM_ │
└─────────────────────────────┘

**(S)ubjective:** _Too Thache_

**(O)bjective   (V/S): T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:** _Filling  8, 9_

**(P)lan:** _RTU   ON   MArch 31, 2005 AT 8:30Am_

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J. Dowdy, RN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  2-24-05

Initial Classification

Oral Pathology ....................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion ....................

Roentgenograms ....................
- Periapical
- Bitewing
- Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☐ | V.D |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☑ | ☐ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 3-31-05 | 8 | MFDL composite | NKDA, Denies Heart Murmur! Xylo. 2% _ Xylo 1:100,000 epi used in pt's ___ injection Dyed decay, etched, primed + bonded tooth. Occlusion checked & adjusted. N ___ Post. op billing. | | |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Baker, Rickey | 160076 |  | B |  |

PHS-MD-70015