

EXHIBIT
13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY BAKER (AIS# 166076)         *

    Plaintiff,                          *

V.                                *   2:05-CV-761

PRISON HEALTH SERVICES, INC., et al.  *

    Defendants                         *

### AFFIDAVIT OF MICHAEL E. ROBBINS, M.D.

**STATE OF ALABAMA** )

**COUNTY OF MONTGOMERY** )

**BEFORE ME,** W. G. Rowell , a notary public in and for said County and State, personally appeared **MICHAEL E. ROBBINS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Michael E. Robbins. I am a medical doctor and am over twenty-one years of age. I have been a licensed physician in Alabama since 1986 and have been board certified in internal medicine since 1986. Since June of 2002, I have served as the Medical Director for Kilby Correctional Facility in Mt. Meigs, Alabama. I am personally familiar with all of the facts set forth in this Affidavit.

Ricky Baker (AIS #166076) is an inmate incarcerated at Montgomery Community Work Center. I am familiar with Mr. Baker and have been involved with the medical services provided to him at Kilby. In addition, I have reviewed Mr. Baker's Complaint in this action as well as his

medical records (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Baker has a history that is significant for a right inguinal hernia. Mr. Baker tolerated the uncomplicated hernia for approximately 7 or 8 years. On June 17, 2005, Mr. Baker presented to the infirmary with complaints of pain associated with coughing. Subsequent evaluation determined that Mr. Baker's hernia had become incarcerated though nonstrangulated. Once it was determined that Mr. Baker's hernia had become incarcerated I ordered multiple comfort profiles on his behalf including a "No Work Profile," "No Lifting Profile," "No Straining Profile," and a "Bottom Bunk Profile." I ordered an athletic support for Mr. Baker's use and prescribed Motrin for pain.

On July 14, 2005 Mr. Baker was referred to surgeon Brian Whyte, M.D. at Baptist Medical Center East for surgical repair of his hernia. Mr. Baker tolerated the outpatient surgery successfully and he was returned to Kilby later that same day. Subsequent to Mr. Baker returning to Kilby, I ordered that he be housed in the infirmary for a two day evaluation period. Mr. Baker experienced an uncomplicated post-operative course and did not develop infection. On or about July 22, 2005 Mr. Baker was returned to the Montgomery Community Work Center, his place of confinement. His staples were removed on July 29, 2005 and he was afforded a follow-up visit with Dr. Whyte on August 16, 2005. Dr. Whyte concluded that the surgery was successful, and that Mr. Baker has healed well.

Based on my review of Mr. Baker's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion at Kilby. At all times, myself and the other healthcare providers at Kilby have exercised the same degree of care, skill,

and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time did I or any of the medical or nursing staff at Kilby Correctional Facility deny Mr. Baker any needed medical treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Baker. At all times, Mr. Baker's medical complaints and conditions were addressed as promptly as possible under the circumstances."

    Further affiant sayeth not.

                                                                   _____
                                                                     MICHAEL E. ROBBINS, M.D.

STATE OF ALABAMA        )
                                       )
COUNTY OF Montgomery  )

Sworn to and subscribed before me on this the 29th day of September, 2005.

                                                      _____
                                                      Notary Public

My Commission Expires:

6/15/08