IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 OCT 21 A 9:22

RICKY BAKER, #166076
    PLAINTIFF

V.                                          CIVIL ACTION NO. 2:05-CV-761-T

PRISON HEALTH SERVICES, INC., ET AL.,
    DEFENDANTS.

MOTION FOR EXTENSION OF TIME
TO RESPOND TO REQUEST TO ADMIT

PLAINTIFF MOVES THE COURT FOR AND ORDER EXTENDING TO THE 2ND DAY OF November 2005, THE TIME WITHIN WHICH PLAINTIFF MAY REPLY TO THE REQUEST FOR ADMISSION OF FACTS AND OF GENIUNENESS OF DOCUMENTS SERVED UPON HIM BY DEFENDANT ON 5th day OF OCTOBER, 2005 ON THE GROUNDS THAT [HERE, STATE PARTICULAR FACTS GIVING RISE TO THE NEED FOR MORE TIME.]

Respectfully Submitted
Ricky Baker - AIS-166076

Certificate of Service

I hereby certified that I have mailed via U.S. Mail, properly addressed postage prepaid, the foregoing document this the 20th day of October, 2005 to the following:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Respectfully Submitted
Ricky Baker = AIS = 166076