IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RICKY BAKER, #166 076                              *

     Plaintiff,                                        *

     v.                                                *  CIVIL ACTION NO. 2:05-CV-761-T

PRISON HEALTH SERVICES, INC., *et al.*,            *

     Defendants.                                       *

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Plaintiff's motion (Doc. No. 12) is GRANTED; and

2.  Plaintiff is GRANTED an extension from October 24, 2005 to November 14, 2005 to file a response to Defendants' written report.

Done this 24th day of October, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF  UNITED  STATES  MAGISTRATE  JUDGE