In The United States Middle District Court Of Alabama

Ricky Baker,
   Petitioner,

vs.

Prison Health Ses., Inc., et Ala.,
   Respondant

Case Num.: # 2:05-CV-00761-MHT

RECEIVED 2006 JUN -8
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notice Of Change Of Address Of Petitioner

Comes Now, one pro se petitioner Ricky Baker # 166076, respectfully moving and informing this Honorable Court of the now new correspondance address for the above listed petitioner, as of June 7th, 2006. This petitioner would respectfully ask this Honorable Court and/or Clerk to make the proper address change to all documents attached within case at bar, and to please fast forward this new address change to the Respondants, as well; fore petitioner does not have proper listed address for the Respondants legal division representatives. Thank you in advance for your time and considerations made in these matters. Respectfully Submitted this the 7th day of June, 2006.

_Ricky Baker - AIS - 166076_
Ricky Baker #166076-B-302

New Address..... 1290 Red Eagle Road
Montgomery, Alabama 36110

cc: Court
    Petitioner

Ricky Baker #166076-B-202
1190 Red Eagle Road
Montgomery, Alabama
36110

Case Num.: CV-00761-MHT

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
08 JUN 2006 PM 3 T

Honorable Debra P. Hackett (Clerk)
United States Middle District Court Of Alabama
P.O. Box 711
Montgomery, Alabama
36101-0711