IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY BAKER, #166076, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-00761-WKW |
| | ) [wo] |
| PRISON HEALTH SERVICES, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On August 7, 2006, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 17) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment (Doc. # 9) is GRANTED; and

3. This case is DISMISSED with prejudice.

DONE this the 19th day of September 2006.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE